UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALCON LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOD EYEGLASSES OPTICAL, a British Columbia sole proprietorship; and FOCUS WORKS, LTD., a British Columbia corporation, <br><br> Defendants. | NO: 2:17-CV-54-RMP <br><br> FINAL JUDGMENT AND PERMANENT INJUNCTION |

By and with the consent of Plaintiff and Defendant, the Court enters the following final judgment and permanent injunction:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332(a)(2), 1338(b), 1391(b), and Washington's long-arm statute, RCW 4.28 et seq. Defendants stipulated to jurisdiction and venue in the United States District Court for the Eastern District of Washington, and Defendants specifically waived all defenses and objections to jurisdiction and venue. ECF No. 3.

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF INJUNCTION ORDER AND JUDGMENT AND STIPULATED MOTION TO EXPEDITE ~ 1

2. The parties stipulated to the entry of this Final Judgment and Permanent Injunction against Defendants.

3. On May 19, 2017, the Clerk of the Court entered default judgment for Plaintiff on all its claims. ECF No. 6. The terms of the default judgment state:

    A. Judgment Creditor: Alcon Laboratories, Inc.

    B. Judgment Debtors, Joint & Several: Good Eyeglasses Optical, a British Columbia sole proprietorship, and Focus Works Ltd., a British Columbia corporation.

    C. Principal Amount of Judgment: $163,175.00

    D. Reasonable Attorney Fees: $28,000

    E. Costs: $1,644.67

    F. Post judgment interest rate set forth in 28 U.S.C. § 1961(a)

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The judgment as set forth above is hereby entered against the Defendants, jointly and severally, on each of Plaintiff's claims for federal trademark infringement in violation of 15 U.S.C. §1114, et seq., common law trademark in violation of 15 U.S.C. § 1125(a), common law unfair competition, and violation of the Washington Consumer Protection Act in violation of RCW 19.86.020 et seq.

2. Plaintiff is awarded judgment against Defendants Good Eyeglasses Optical and Focus Works Ltd. jointly and severally in the principal sum of

$163,175.00, together with reasonable attorneys' fees and costs in the amount of $29,644.67, for a total judgment of $192,819.67. Interest shall accrue on this judgment at the post-judgment interest rate authorized by 28 U.S.C. § 1961(a).

3. Defendants Good Eyeglasses Optical and Focus Works Ltd and any other persons or entities acting in concert or participation with or on behalf of Defendants, including their officers, directors, servants, employees, agents, representatives, and distributors, including but not limited to Contact Lens Club, Online Optical, Jag Bains (a/k/a Jagmohan Bains and Jagmohan S. Bains), and Reggie Thornhill, are immediately and permanently restrained in the United States from:

    A. Making, manufacturing, importing, ordering, using, distributing, shipping, transporting, licensing, offering for sale, selling, developing, displaying, delivering, advertising, and/or otherwise marketing or disposing of products bearing any trademark that is the same as, or confusingly similar to, any mark owned or used by Alcon and/or its related companies for contact lenses and/or other eye-care products;

    B. Owning, operating, managing, controlling, advising, consulting, representing or otherwise participating in either directly or indirectly any website, social media account, online marketplace or mobile application, which advertises, displays, distributes, offers for sales, sells and/or otherwise markets products bearing any trademark that is the same as, or confusingly

similar to, any mark owned or used by Alcon and/or its related companies for contact lenses and/or other eye-care products;

C. Misrepresenting in any way the source of origin or the nature or quality of Alcon contact lenses and/or other eye-care products;

D. Selling or otherwise distributing contact lenses in the United States bearing any mark owned or used by Alcon and/or its related companies or any similar trademark; and

E. Further conduct which infringes any mark owned or used by Alcon and/or its related companies.

4. This Court retains jurisdiction over any disputes between the parties with respect to the enforcement and/or interpretation of this Judgment.

The District Court Clerk is directed to enter this Order, enter Judgment accordingly, provide copies to counsel, and **close this case**.

**DATED** September 12, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF INJUNCTION ORDER AND JUDGMENT AND STIPULATED MOTION TO EXPEDITE ~ 4