# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ALCON LABORATORIES, INC., <br><br> *Plaintiff* <br> v. <br> GOOD EYEGLASSES OPTICAL, a British Columbia sole proprietorship; and FOCUS WORKS, LTD. a British Columbia corporation, <br><br> *Defendant* | ) ) ) ) ) ) <br><br> Civil Action No. 2:17-CV-054-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is awarded judgment against Defendants Good Eyeglasses Optical and Focus Works, Ltd., jointly and severally, in the principal sum of $163,175.00, together with reasonable attorneys' fees and costs in the amount of $29,644.67, for a total judgment of $192,819.67. Interest shall accrue on the judgment at the post-judgment interest rate authorized by 28 U.S.C. § 1961(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Stipulated Motion for Permanent Injunction and Entry of Judgment (ECF No. 32).

Date: September 12, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb